IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GUADALUPE ADAMS,

    Plaintiff,

vs.                             Case No. 18-1039-JTM

WINFIELD HOSPITALITY, INC.,

    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on the defendant's Motion of Avoid Entry of Default and for Leave to Answer Out of Time. (Dkt. 15). By prior Order (Dkt. 12), the court set aside a prior Entry of Default and granted defendant fourteen additional days to file an Answer to plaintiff's Americans with Disabilities Act claim. When no Answer was filed within the allotted time, plaintiff filed a renewed application for Clerk's entry of default. (Dkt. 13).

The court has reviewed defendant's submission, and for good cause shown, and pursuant to D.Kan.R. 7.4, the court grants the defendant's motion.

IT IS SO ORDERED this 20th day of July, 2018.

                                              s/ J. Thomas Marten
                                              J. THOMAS MARTEN, JUDGE